ATTORNEY FOR PIONEER BANK, FSB: Ryan Bigbee, Bigbee & Curtis, LLP, 11010 Indiana, P.O. Box 53068, Lubbock, Texas 79453, 806. 319.8520-telephone; 806.686.4038-facsimile; ryan@bigbeecurtislaw.com – E-Mail.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 23-50021-rlj |
| Texas Core Energy, LLC<br>13033 Quaker Ave.<br>Lubbock, TX 79423<br>dba TOCE International<br>dba TOCE Tank & Vessel<br>dba GM Core Group, LLC<br>dba TOCE Manufacturing<br>dba West Texas Select Tire Services, LLC | CHAPTER 11 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Creditor, PIONEER BANK, FSB through the undersigned counsel, the firm of Bigbee & Curtis, LLP, Attn: Ryan Bigbee, 11010 Indiana Ave, Lubbock, Texas 79423, hereby enters a Notice of Appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), in the above styled and numbered case.

PLEASE TAKE FURTHER NOTICE that PIONEER BANK, FSB hereby requests, pursuant to Bankruptcy Rule 2002 and Bankruptcy Code Section 1109(b), that copies of all notices and pleadings giving or required to be given, and all papers served or required to be served, be given and served upon the following persons at the address, telephone number, facsimile number and email address as indicated.

SIGNED this the 15th day of February, 2023.

Respectfully submitted,

BIGBEE & CURTIS, LLP.

ATTORNEYS AT LAW
11010 Indiana Ave.
P.O. Box 53068
Lubbock, TX 79453
806.319.8520 - telephone
806.686.4038 - fax
ryan@bigbeecurtislaw.com

By: _____
Ryan J. Bigbee
SBN: 24050292
ATTORNEYS FOR PIONEER BANK, FSB

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February, 2023, a true and correct copy of the foregoing document has been served via the Court's CM/ECF system where available, otherwise by regular, first class mail to the following:

_____
Ryan Bigbee

**Debtor(s)**
Texas Core Energy, LLC
13033 Quaker Ave.
Lubbock, Tx 79423

**Attorney for Debtor(s):**
Brad W. Odell
Mullin Hoard & Brown, L.L.P.
P.O. Box 2585
Lubbock, Tx 79408
bodell@mhba.com – E-Mail

**U.S. Trustee**
United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

**Parties Requesting Notice:**

Pioneer Bank, FSB
Attn: Adriann Ragsdale
P.O. Box 609
Roswell, NM 88011

LUBBOCK CENTRAL APPRAISAL DISTRICT
c/o LAURA J. MONROE
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 817
LUBBOCK, TX 79408
lmbkr@pbfcm.com – E-Mail